# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0870. BERNADETTE BIVENS v. ASSURANCE CONSULTING, LLC et al.

In this civil action, plaintiff Bernadette Bivens filed a notice of appeal purporting to seek appellate review of an October 2020 trial court order allegedly entered in lower court case no. STCV19-00234, granting a motion to set aside a default judgment filed by defendants Assurance Consulting, LLC and Michelle Shellie Lee. The record on appeal, however, contains no such order entered in that case.[1] Absent an appealable order, there is nothing for this Court to review. See, e.g., *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010). Consequently, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/26/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Bivens's appeal from the trial court's order granting Assurance Consulting's motion to set aside a default judgment entered in lower court case no. STCV20-00147 is currently pending before this Court as case no. A21A0869. Bivens's appeal from the trial court's order granting Lee's motion to set aside a default judgment entered in lower court case no. STCV20-00148 is currently pending before this Court as case no. A21A0871.